IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL G. NEWAGO,

    Plaintiff,

v.

Case No. 20-cv-199-jdp

RN KRISTINE PRALLE,
SGT. MITCHELL KUNHART,
SGT. MCCLIMANS, and
C.O. ANDREW HELLAND,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 7/23/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |